

# VIRGINIA & AMBINDER LLP
Attorneys at Law

Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Telephone: 212.943.9080
www.vandallp.com

**Michael Bauman**
mbauman@vandallp.com

September 7, 2011

*Via ECF*

Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court
225 Cadman Plaza East, Room 605N
Brooklyn, New York 11201

> Re: **Masino, et al. v. Persico Contracting & Trucking, Inc., 08 cv 3561 (JMA)**

Dear Judge Azrack:

    We represent the plaintiffs in the referenced matter, which has been referred to Your Honor for all purposes. As the Court is aware, this matter was dismissed in March of this year, with the Court maintaining jurisdiction to enforce the settlement agreement. See Docket number 46. Despite plaintiffs' efforts, defendants have refused to execute the finalized settlement agreement, after having originally signed a handwritten settlement agreement which outlined the terms of the resolution. In light of this, plaintiffs request that the Court schedule a conference to finally resolve the matter, or, failing a resolution, reopen the case.

                                    Respectfully submitted,

                                      /s/

                                  Michael Bauman

cc: Clifford H. Greene, Esq. (via ECF)